SHARON WECHSLER, Appellant, v NORMAN WECHSLER, Respondent.

Submitted July 27, 2009; decided October 15, 2009

Reported below, 58 AD3d 62.

Motion for reconsideration of this Court's June 11, 2009 dismissal order denied [*see* 12 NY3d 883 (2009)].

Chief Judge LIPPMAN taking no part.